ALBERT A. FINKELSTEIN, Respondent, *v.* IROQUOIS DOOR COMPANY, Appellant.

*Finkelstein* v. *Iroquois Door Co*, 168 App. Div. 794, affirmed.
(Argued December 7, 1917; decided December 21, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 13, 1915, affirming a judgment in favor of plaintiff entered upon a verdict in an action for commissions. The complaint alleged that in the month of September, 1910, defendant agreed with plaintiff that if plaintiff would procure for defendant a contract, either in his own name or in the name of defendant, to furnish the trim work for certain buildings in the course of construction, defendant would pay to the plaintiff for his services rendered in procuring said contract a sum of money equal to the difference between the contract price to be made by the owners of said buildings and the plaintiff, and the sum of $10,646.46; that plaintiff thereupon did procure from the Gainsborough Building Company, the owners of said buildings, an agreement to purchase the said trim for the sum of $13,500; that said contract was turned over to the defendant herein,

who assumed the same, and agreed to pay to the plaintiff the sum of $2,835.54; that thereupon the defendant commenced the delivery of trim to the aforesaid buildings, and did deliver the same. The answer denied every allegation of the complaint, and set up, as a counterclaim, an alleged contract between plaintiff and defendant, whereby the defendant agreed to sell plaintiff, who agreed to purchase, trim and materials at the price of $10,664.46 for use in the buildings mentioned, said sum to be paid as the delivery of the trim progressed; it being further set forth that the plaintiff has not paid for such material except the sum of $3,615.43, paid in cash and by credits, leaving a balance due and owing by plaintiff to defendant of the sum of $1,918.16, with interest.

*Frederick Mellor, Edward F. Unger* and *Herbert B. Shoemaker* for appellant.

*Moses Feltenstein* and *Abraham Rosenstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND and CRANE, JJ. Not sitting: MCLAUGHLIN, J.